UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARLEN PAUL ODEGARD, | ) CASE NO. CV 11-991-PA (PJW) |
| Petitioner, | ) |
| | ) JUDGMENT |
| v. | ) |
| JAMIE DIMON, | ) |
| Respondent. | ) |

Pursuant to the Order Dismissing Petition With Prejudice,

IT IS HEREBY ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: February 16, 2011.

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\Judgment.wpd